

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TEXAS DEPARTMENT OF AGING AND DISABILITY SERVICES, | § | No. 08-13-00202-CV |
| | § | Appeal from the |
| Appellant, | § | County Court at Law No. 3 |
| v. | § | of El Paso County, Texas |
| SANDRA DELONG, | § | (TC# 2012DCV04738) |
| Appellee. | § | |
| | § | |

**O R D E R**

The Court DENIES Appellant's motion to postpone the March 20, 2014 submission and oral argument setting.

Further, on the Court's own motion, and pursuant to Tex.R.App.P. 39.1, the Court finds that oral argument in the above styled and numbered cause would not materially aid in the disposition of this cause, therefore, this case is scheduled to be submitted **without** oral argument on March 20, 2014.

IT IS SO ORDERED this 12th day of March, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.